No. 93. Tobin, Secretary of Labor, et al. *v.* Little Rock Packing Co. et al. C. A. 8th Cir. Durkin substituted as a party petitioner for Tobin. Certiorari denied. *Acting Solicitor General Stern* and *Jeter S. Ray* for petitioners. *Grover T. Owens* and *E. L. McHaney, Jr.* for respondents.

No. 220. Perko et al. *v.* United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that the petition for writ of certiorari should be granted. *Edward L. Boyle* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Morton* and *Thomas L. McKevitt* for the United States.

No. 125. Graham *v.* Alcoa Steamship Co., Inc. C. A. 3d Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted. *Paul M. Goldstein* for petitioner.